## MONIQUE HENDERSON, ADMINISTRATRIX, ETC., OF AUGUSTIN (FINON) LAFOY, DECEASED, AND GEORGE HENDERSON *versus* ROBERT ABBOTT, JAMES ABBOTT, SAMUEL ABBOTT, WILLIAM HANDS, MARY HANDS, FRANÇOIS BABY, FRANCES BABY, JACQUES

BABY, JR., CHARLES BABY, ED-
WARD BABY, WILLIAM BABY,
RAIMOND BABY, CHARLES E.
CASGRAIN, ELIZABETH CAS-
GRAIN, AND JACQUES BABY, SR.

JOURNAL ENTRIES (1831): *Journal 4:* (1) Rule to
plead, answer, or demur; copy of rule ordered
published *p. 456; (2) motion to take bill as
confessed *p. 474; (3) bill taken as confessed *p.
479; (4) referred to register *p. 488; (5) register's
report confirmed, decree *p. 490.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe
for subpoena; (3) writ of subpoena and return;
(4) affidavit and draft of order for publication of
notice; (5) proof of publication of notice; (6)
motion to take bill as confessed; (7) letter of
attorney—Samuel Abbott to Elon Farnsworth;
(8) answer and disclaimer of Robert, James, and
Samuel Abbott; (9) draft of reference to register;
(10) register's report of amount due defendants;
(11) draft of decree; (12–14) receipts.

*Chancery Case* 143 of 1831.